UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

DAVID C. CROWE                                                                                              PETITIONER

v.                                                                         CIVIL ACTION NO. 4:15-CV-122-CRS
                                                                           CRIMINAL ACTION NO. 4:95-CR-13-CRS

STACEY MARTIN
U.S. Probation Officer                                                                                 RESPONDENT

### ORDER

This matter having come before the court for consideration of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge in this action brought under 28 U.S.C. § 2241, and objections filed thereto, and for the reasons set forth in the memorandum opinion entered herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Findings of Fact, Conclusions of Law, and Recommendation that habeas relief be denied and the § 2241 petition be dismissed are **ACCEPTED AND ADOPTED**. The magistrate judge's Findings of Fact, Conclusions of Law, and Recommendation that a Certificate of Appealability issue are **REJECTED**, and for the reasons stated in the court's Memorandum Opinion, a Certificate of Appealability will be

**DENIED.** A separate judgment will be entered denying habeas corpus relief and dismissing the petition with prejudice.

**IT IS SO ORDERED.**

April 25, 2016

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
David C. Crowe, *pro se*